UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOANNE HOLLIDAY      CIVIL ACTION

VERSUS     NO. 22-757-JWD-EWD

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY, ET AL.

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 26, 2024 (Doc. 46), to which no objection was filed;

**IT IS ORDERED** that all claims in this case by Plaintiff Joanne Holliday are **DISMISSED WITHOUT PREJUDICE** for the failure to prosecute under Fed. R. Civ. P. 41(b) and/or Local Civil Rules 41(b)(1)(C), as she has not taken any action in this case for more than six (6) months and has not timely responded to Defendants' Motion to Dismiss.

**IT IS FURTHER ORDERED** that Plaintiff is given thirty (30) days to seek reinstatement of this case by showing good cause under Local Civil Rule 41(b)(3). Any request for reinstatement should include an explanation for the failure to timely respond to Defendants' Motion to Dismiss.

**IT IS FURTHER ORDERED** that the Allstate Vehicle and Property Insurance Company's Motion to Dismiss Complaint, (Doc. 41) filed by Allstate Vehicle and Property Insurance Company and The Allstate Insurance Company, is **DENIED AS MOOT**.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on July 12, 2024.

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**